[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14946
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 27, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-00279-CR-CAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL HARO-PEREZ,
a.k.a. UM-23,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 27, 2010)

Before PRYOR, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Thomas C. Wooldridge, appointed appellate counsel for Angel Haro-Perez,

has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Haro-Perez's conviction and sentence are **AFFIRMED**.